**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

| | | |
|---|---|---|
| NATURAL ALTERNATIVES, LLC, and<br>TODD A. BLOOMER<br><br>Plaintiffs,<br><br>v.<br><br>JM FARMS, MAX SMITH, and<br>UNKNOWN PARTNERS OF JM FARMS<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 5:12-cv-00333-KKC<br><br>**ELECTRONICALLY FILED** |

**AGREED ORDER DISMISSING WITH PREJUDICE**

Plaintiff Natural Alternatives, LLC and Defendants JM Farms and Max Smith, having resolved all claims and counterclaims in the above-styled action and, as evidenced by the signatures of counsel below, desiring that this action be dismissed with prejudice, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that this action be DISMISSED WITH PREJUDICE and stricken from the active docket, with each party to bear its own costs and expenses. This Order is final and appealable.

Have seen and agreed:

/s/ W. Keith Ransdell
Ransdell Roach and Royse, PLLC
176 Pasadena Drive
Building One
Lexington, Kentucky 40503
E-mail: keith@rrrfirm.com
E-mail: john@rrrfirm.com

And

Trevor T. Graves
King & Schickli, PLLC
800 Corporate Drive, Suite 200
Lexington, KY 40503
E-mail: Trevor@iplaw1.net

*Counsel for Plaintiff Natural Alternatives, LLC*

/s/ Camille L. Urban
Camille L. Urban
Michael A. Dee
Brown, Winick, Graves, Gross
Baskerville and Schoenebaum, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, Iowa 50309-2510
E-mail: urban@brownwinick.com
dee@brownwinick.com

and

Brian M. Johnson
Dickinson Wright
300 West Vine Street, Suite 1700
Lexington, Kentucky 40507
E-mail: bjohnson@dickinsonwright.com

*Counsel for Defendants Max Smith and JM Farms*

Karen K. Caldwell

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

April 17, 2017